## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Alberto J. De Jesus Olivo<br>    aka Alberto J. De Jesus<br>    aka Alberto De Jesus<br><br>**Debtor** | **BK NO. 19-03492 RNO**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322