Certificate Number: 15317-PAM-DE-033612430

Bankruptcy Case Number: 19-03492


15317-PAM-DE-033612430

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2019, at 8:36 o'clock AM PDT, Alberto Jose De Jesus completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 28, 2019         By:    /s/Lea Sorino

                               Name:  Lea Sorino

                               Title: Counselor